# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Delane Jackson

                          Plaintiff,

v.                                                       Case No.: 1:21–cv–01618

                                                            Honorable Thomas M. Durkin

Vanport Warehousing, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 15, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's motion to dismiss [22] is granted. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this lawsuit is dismissed as to plaintiff's individual claims, with prejudice. The dismissal of Plaintiff's individual claims shall have no impact on any claims of any putative class member. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.